UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-348-MOC

| | |
|---|---|
| BRIAN TATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on Defendant's Consent Motion to Remand, pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Doc. No. 22). The motion is **GRANTED**. The Commissioner's decision is remanded for further administrative proceedings.

Signed: March 28, 2023

Max O. Cogburn Jr
United States District Judge